UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**VIRGINIA HARRELL,**

    **Plaintiff,**

v.                              CASE NO.: 4:20-cv-00030-AW-MAF

**MHM HEALTH PROFESSIONALS,
INC. and CENTURION OF FLORIDA,
LLC,**

    **Defendants.**
_____/

**DEFENDANTS' NOTICE OF FILING IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants MHM Health Professionals, Inc. and Centurion of Florida, LLC, by and through its undersigned counsel, and pursuant to the Court's Scheduling and Mediation Order dated March 19, 2020, hereby files the following in support of Defendants' Motion for Summary Judgment:

    1.    Deposition of Lisa Lynch, taken on August 11, 2020;

    2.    Deposition of Kathi Douin, taken on August 12, 2020;

    3.    Deposition of Virginia Harrell, Volume 1, taken on August 15, 2019;

    4.    Deposition of Virginia Harrell, Volume 2, taken on August 15, 2019;

    5.    Deposition of Virginia Harrell, Volume 1 with Exhibits 1-16, taken on August 15, 2019; and

6. Deposition of Virginia Harrell, Volume 2 with Exhibits 17-42, taken on August 15, 2019.

Respectfully submitted,

/s/Catherine H. Molloy
Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Catherine H. Molloy
Florida Bar No. 33500
Email: molloyk@gtlaw.com
Cayla M. Page
Florida Bar No. 1003487
Email: pagec@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard
Suite 1900
Tampa, Florida 33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 16, 2020 I electronically filed the foregoing document with the Clerk of the Court by using the E-Filing Portal, which will send a notice electronically to:

Brian O. Finnerty, Esq.
The Law Office of Brian O. Finnerty, P.A.
3505 Raymond Diehl Road
Tallahassee, FL 32309
brianofinnerty@gmail.com

Steven R. Andrews, Esq.

2

The Law Offices of Steven R. Andrews, P.A.
822 North Monroe Street
Tallahassee, FL  32303
steve@andrewslaw.com
service@andrewslaw.com

/s/Catherine H. Molloy
Attorney

ACTIVE 52634915v2